## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    **Plaintiff,**<br><br>        **vs.**<br><br>**NORMAN WESLIN,**<br><br>                    **Defendant.** | **8:06CR165**<br><br>**ORDER** |

This matter is before the court on defendant's unopposed motion to extend the deadline for filing pretrial motions [15]. The defendant has filed a waiver of speedy trial as required by NECivR 12.1.  For good cause shown,

**IT IS ORDERED:**

1. Defendant's motion for extension of time [15] is granted, and defendant is given until and including **September 11, 2006** to file pretrial motions.

2. The ends of justice will be been served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., the time **between August 31, 2006 and September 11, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defense counsel requires additional time to adequately prepare the case, taking into consideration the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED August 28, 2006.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**