IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORMAN WESLIN, )<br>)<br>Defendant. ) | 8:06CR165<br><br>**SCHEDULING ORDER** |

  IT IS ORDERED that the following is set for hearing on **November 1, 2006** at **9:00 a.m** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

  - Motion to Dismiss for Lack of Jurisdiction [18]
  - Motion for Bill of Particulars [20]
  - Motion to Dismiss (First Amendment Equal Protection) [24]

  Since this is a criminal case, the defendant must be present, unless excused by the Court.

  DATED this 14th day of September, 2006.

            BY THE COURT:

            s/ F.A. Gossett
            United States Magistrate Judge