IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR165 |
| vs. | ) | |
| | ) | |
| NORMAN WESLIN, | ) | |
| Defendant. | ) | |

ORDER FOR RULE 17(c) SUBPOENA

This matter came before the Court on the motion of the United States requesting authorization for the issuance of a subpoena under Rule 17(c) of the Federal Rules of Criminal Procedure.  The Court finds that the request is reasonable in that it seeks known evidentiary records the production of which in advance of trial will enable both parties to more fully prepare for trial.

IT IS THEREFORE ORDERED: that the Government's motion is granted.  The United States shall issue a subpoena duces tecum to Steve Zach, Omaha, Nebraska, with a production date no later than March 14, 2006.

IT IS FURTHER ORDERED: that the documents may be produced at the office of the United States Attorney for the District of Nebraska provided that the United States makes such records immediately available to the defendant.

DATED February 27, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge