IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR165 |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S PROPOSED** |
| | ) | **SUPPLMENTAL JURY** |
| vs. | ) | **INSTRUCTIONS** |
| | ) | |
| NORMAN WESLIN, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Rev. Norman Weslin, requests this Court to give the following supplemental instructions.

**JURY INSTRUCTION NO. 12**
**FACE Act – Prayer Does not Constitute Force, Injury, Interference or Intimidation**

If you find Rev. Weslin prayed after entering the abortion facility, such prayer of itself cannot be considered under the FACE Act to be "force or threat of force" or an act intended to, or an attempt to, "injure, intimidate or interfere," unless such speech actually threatens to use force.

---

U.S. Const. amend. I

239450-1

1

**JURY INSTRUCTION NO. 13**
**FACE Act – Counsel Does not Constitute Force, Injury, Interference or Intimidation**

If you find Rev. Weslin gave counsel to the people entering or already inside the abortion facility, such giving counsel of itself cannot be considered under the FACE Act to be "force or threat of force" or an act intended to, or an attempt to, "injure, intimidate or interfere" unless such speech actually threatens to use force.

---
U.S. Const. amend. I

239450-1                                                                                           2

**JURY INSTRUCTION NO. 14**
**FACE Act – Loud Statements or Yelling Does not Constitute Force, Injury, Interference or Intimidation**

If you find Rev. Weslin made loud statements to the people entering or already inside the abortion facility, or even yelled at them, such statements or yelling of themselves cannot be considered under the FACE Act to be "force or threat of force" or an act intended to, or attempt to, "injure, intimidate or interfere," unless such speech actually threatens to use force.

---

U.S. Const. amend. I

239450-1                                                                                                                    3

## JURY INSTRUCTION NO. 15
### FACE Act – Speech Does not Constitute Physical Obstruction

Speech – whether it be prayer, giving counsel, loud statements or yelling –cannot be a means of "rendering impassable ingress or egress," for the purpose of "physical obstruction" under the FACE Act. That is, speech does not render an entryway impassable even if a person finds statements made there to be unpleasant or disturbing.

---

U.S. Const. amend. I

Rev. NORMAN WESLIN, Defendant,

By: /s/ Matthew F. Heffron
    Matthew F. Heffron (#19228)
For: FITZGERALD, SCHORR, BARMETTLER & BRENNAN, PC, LLO
13220 California Street, Suite 400
Omaha, Nebraska 68154-5228
(402) 342-1000
Fax: (402) 342-1025
mheffron@fitzlaw.com

and

Martin A. Cannon, Jr.
CANNON LAW FIRM – IOWA
24000 210th Street
Crescent, Iowa 51526
US
(402) 455-6000
Fax: (402) 455-4033
mcannonlaw@yahoo.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Douglas R. Semisch
Assistant United States Attorney
1620 Dodge Street
Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700
Fax: (402) 661-3084
doug.semisch@usdoj.gov

    /s/ Matthew F. Heffron

239450-1

5