# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR165 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| **NORMAN WESLIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the document filed as a provisionally "sealed document" (Filing No. 57).

IT IS ORDERED that the provisionally sealed document (Filing No. 57) shall be sealed pursuant to NECrimR 12.4(a).

DATED this 30th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge