IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR165 |
| Plaintiff, | ) | |
| vs. | ) | JURY'S FIRST QUESTION |
| NORMAN WESLIN, | ) | |
| Defendant. | ) | |

May we have exibit 39 ?