IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 APR -5 PM 3: 13

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,            )       CASE NO. 8:06CR165
                                     )
            Plaintiff,               )
                                     )
            vs.                      )       VERDICT
                                     )
NORMAN WESLIN,                       )
                                     )
            Defendant.               )

We, the jury, find the Defendant, Norman Weslin:

X       **Not guilty** of violating the Freedom of Access to Clinic Entrances Act,

        as charged Count I of the Indictment.

_____   **Guilty** beyond a reasonable doubt of violating the Freedom of Access

        to Clinic Entrances Act, as charged in Count I of the Indictment.

**Have the foreperson sign and date page 2 and notify the marshal that you have**

**completed your deliberations.**